No. 17, Misc.  TENNESSEE EX REL. MELTON *v.* BOMAR, WARDEN. Supreme Court of Tennessee. Certiorari denied. *Louis B. Fine* for petitioner. *Allison B. Humphreys, Jr., Milton P. Rice, James M. Glasgow* and *Henry C. Foutch,* Assistant Attorneys General of Tennessee, for respondent.

No. 52, Misc.  MacKENNA *v.* TEXAS.  Court of Criminal Appeals of Texas.  Certiorari denied.

No. 70, Misc.  HOLLINGSWORTH *v.* IOWA.  Supreme Court of Iowa.  Certiorari denied. *Herbert S. French* for petitioner.

No. 71, Misc.  BARRY *v.* TEXAS.  Court of Criminal Appeals of Texas.  Certiorari denied. *W. J. Durham* for petitioner.

No. 143, Misc.  SNYDER *v.* PEPERSACK, WARDEN. Court of Appeals of Maryland.  Certiorari denied.

No. 160, Misc.  BAILEY *v.* ARKANSAS.  Supreme Court of Arkansas.  Certiorari denied.

No. 835, October Term, 1956.  ADAMS NEWARK THEATER CO. ET AL. *v.* CITY OF NEWARK ET AL., 354 U. S. 931. Rehearing denied.  MR. JUSTICE BRENNAN took no part in the consideration or decision of this application.

No. 61, October Term, 1956. ALBERTS *v.* CALIFORNIA, 354 U. S. 476;

No. 468, October Term, 1956. CARR *v.* BEVERLY HILLS CORP. ET AL., 354 U. S. 917;

No. 582, October Term, 1956. ROTH *v.* UNITED STATES, 354 U. S. 476;

No. 837, October Term, 1956. LOCAL UNION No. 698, RETAIL CLERKS' UNION (A. F. of L.) *v.* ANDERSON ET AL., DOING BUSINESS AS WEST POINT MARKET, 354 U. S. 937;

No. 938, October Term, 1956. MOCCIO *v.* UNITED STATES, 354 U. S. 913;

No. 972, October Term, 1956. McBRIDE *v.* TOLEDO TERMINAL RAILROAD Co., 354 U. S. 517;

No. 1083, October Term, 1956. DANIELS, DOING BUSINESS AS HARRY C. DANIELS & Co., *v.* UNITED STATES ET AL., 354 U. S. 939;

No. 682, Misc., October Term, 1956. SHERMAN *v.* UNITED STATES, 354 U. S. 911; and

No. 729, Misc., October Term, 1956. ALEXANDER *v.* UNITED STATES, 354 U. S. 940. Petitions for rehearing denied.

No. 175, October Term, 1956. SWEEZY *v.* NEW HAMPSHIRE, BY WYMAN, ATTORNEY GENERAL, 354 U. S. 234; and

No. 802, Misc., October Term, 1956. STONEKING *v.* UNITED STATES, 354 U. S. 941. Petitions for rehearing denied. MR. JUSTICE WHITTAKER took no part in the consideration or decision of these applications.

No. 520, October Term, 1956. SIGNAL-STAT CORPORATION *v.* LOCAL 475, UNITED ELECTRICAL, RADIO & MACHINE WORKERS OF AMERICA (UE), 354 U. S. 911. Rehearing denied. MR. JUSTICE BLACK took no part in the consideration or decision of this application.